

# NUMBER 13-10-00621-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ELVA PEREZ,                                                      Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE UNDER NOVASTAR MORTGAGE
FUNDING TRUST, SERIES 2002-2,                                   Appellee.

## On appeal from the 103rd District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was originally due on April 4, 2011.   On

August 18, 2011, this Court ordered the appellate brief to be filed on or before September

19, 2011.  The order notified counsel that no further extensions would be granted and

that if the brief was not filed, the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

Appellant has failed to file her brief or otherwise respond. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
3rd day of November, 2011.

2